UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CORINNE MAYO,<br><br>         Plaintiff,<br>v.<br><br>SAINT MARK SENIOR LIVING, LLC, a Washington State Limited Liability Company; SENIOR HOUSING INVESTORS, LLC, an Oregon State Limited Liability Company, SENIOR HOUSING INVESTORS II, LLC, an Oregon State Limited Liability Company; SENIOR HOUSING MANAGEMENT, LLC, an Oregon State Limited Liability Company,<br><br>         Defendants. | NO. 2:14-CV-0161 -JLQ<br><br>**ORDER REMANDING CASE TO SPOKANE COUNTY SUPERIOR COURT** |

      Pursuant to the court's June 3, 2014 Order (ECF No. 2) concluding diversity of citizenship was not apparent on the face of the pleadings, the Defendants' Notice of Consent to Remand (ECF No. 3), and 28 U.S.C. § 1447(c), this action is **REMANDED** to the Superior Court of the State of Washington for Spokane County.

      **IT IS SO ORDERED**. The District Court Executive shall enter this Order, provide copies to counsel, mail a certified copy of this Order to the Clerk of the Spokane County Superior Court of the State of Washington, and **CLOSE THE FILE**.

      **IT IS SO ORDERED**.

      **DATED** this 16th day of June, 2014.

                      s/ Justin L. Quackenbush
                      JUSTIN L. QUACKENBUSH
              SENIOR UNITED STATES DISTRICT JUDGE

ORDER – 1